St. Paul-Mercury Indemnity Company of Saint Paul, Appellee, v. James F. Hoey, Defendant Below. C. J. Hoffman, Trading as Chicago-Kansas City Freight Lines, Appellant.

Gen. No. 43,054.

Heard in the second division, first district, this court at the April term, 1944; opinion filed April 19, 1945; released for publication May 2, 1945. Laurence B. Jacobs and Marcellus W. Meek, for appellant; Goldman, Allshouse & Healy, for appellee; Robert G. Dreffein, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full.